No. 17,237.

Loflin et al. *v*. Jennings.
(267 P. [2d] 1119)

Decided March 8, 1954.

Per Curiam.

Judgment affirmed en banc without written opinion.

Mr. Howard M. Schmidt, Mr. Warren E. Schmidt, for plaintiffs in error.

Mr. Foster Cline, for defendant in error.